UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DELGADO,<br><br>        Plaintiff,<br><br>    v.<br><br>PROGRESS FINANCIAL COMPANY, dba PROGRESO FINANCIERO, a Foreign Corporation; and DOES 1 to 10, Inclusive,<br><br>        Defendant. | Case No. 1:14-cv-00033-LJO (MJS)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1   The Court having received and reviewed the Stipulation To Extend Time To Respond To
2   Complaint submitted by plaintiff Jose Luis Koyoc and defendant Progress Financial Company,
3   dba Progreso Financiero ("Progress"), and good cause appearing;
4   IT IS HEREBY ORDERED THAT:
5       1. Progress shall answer or otherwise respond to the Complaint on or before March
6          17, 2014; and
7       2. The parties have not waived any rights or defenses with respect to any potential
8          issue in this litigation, including, but not limited to, the assertion of jurisdictional
9          and any other defenses, either by motion or otherwise.

IT IS SO ORDERED.

Dated:   February 18, 2014          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

16844181v.1