UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PROGRESS FINANCIAL COMPANY, dba PROGRESO FINANCIERO, a Foreign Corporation; and DOES 1 to 10, Inclusive,<br><br>　　　　Defendant. | Case No. 1:14-cv-00033-LJO-MJS<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
16844181v.1

The Court having received and reviewed the Stipulation To Extend Time To Respond To Complaint submitted by plaintiff Manuel Delgado and defendant Progress Financial Company, dba Progreso Financiero ("Progress"), and good cause appearing;

IT IS HEREBY ORDERED THAT:

1. Progress shall answer or otherwise respond to the Complaint on or before April 3, 2014; and
2. The parties have not waived any rights or defenses with respect to any potential issue in this litigation, including, but not limited to, the assertion of jurisdictional and any other defenses, either by motion or otherwise.

IT IS SO ORDERED.

Dated:   February 20, 2014            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE